Submitted on record and briefs January 4, reversed and remanded
February 27, 2002

STATE OF OREGON,
*Respondent,*

*v.*

KENNETH ALAN WEIL,
*Appellant.*

C990720CR; A109937

41 P3d 454

Peter Gartlan, Chief Deputy Public Defender, filed the brief for appellant. With him on the brief was David E. Groom, Public Defender.

Julie A. Smith, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Reversed and remanded. *State v. Reid*, 319 Or 65, 872 P2d 416 (1994).